IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>   v.<br><br>NEKEKIM CORPORATION and KENNETH W. CARLTON,<br><br>                Defendants. | 1:13-cv-0010 AWI SKO<br><br>**ORDER STRIKING JUDGMENTS DUE TO CLERICAL AND FORMATTING ERROR**<br><br>(Doc. Nos. 8, 9) |

       On January 3, 2013, the parties filed stipulations for the entry of final judgment. See Doc. Nos. 5, 6. The Court signed the proposed final judgments, which were then entered on January 7, 2013. See Doc. Nos. 8, 9. The case was closed on January 7, 2013.

       On January 8, 2013, the Court was informed that the proposed orders that it had signed contained non-substantive formatting/clerical errors. The parties, as represented by the Securities Exchange Commission, agreed that signing of new final judgments and striking the old final judgments was the appropriate course. In light of the representations made by the Securities Exchange Commission, and the apparent agreement of the parties, in order to correct non-substantive formatting/clerical errors, see Fed. R. Civ. Pro. 60(a), the Court will strike the judgments entered on January 7, 2013, and issue replacement judgments.

Accordingly, IT IS HEREBY ORDERED that:

1. The final judgments in this case that were entered on January 7, 2013 (Doc. Nos. 8, 9) are STRICKEN;
2. The judgments entered on January 7, 2013, are to be replaced with final judgments that will be filed immediately following this order; and
3. This case remains CLOSED.

IT IS SO ORDERED.

Dated: January 8, 2013

UNITED STATES DISTRICT JUDGE